**STATE of Iowa, Appellee,**

v.

**Glen Eugene WEILAND, Appellant.**

**No. 55636.**

Supreme Court of Iowa.

Feb. 20, 1974.

Frederick J. Kraschel, Council Bluffs, for appellant.

Richard C. Turner, Atty. Gen., Raymond W. Sullins, Asst. Atty. Gen., and Lyle A. Rodenburg, Co. Atty., for appellee.

Submitted to MOORE, C. J., and RAWLINGS, REYNOLDSON, HARRIS and McCORMICK, JJ.

PER CURIAM:

Defendant, Glen Eugene Weiland, entered a guilty plea to county attorney's information charging him with operating a motor vehicle while under the influence of alcohol, in violation of Code section 321.-281. Following study of the presentence investigation report and arguments of counsel, the court fined defendant $300 and ordered him to serve 20 days in the Pottawattamie County jail.

At request of appeal counsel this appeal has been submitted solely on the abstract of record filed herein. We find no reversible error.

Affirmed, see Rule 348.1.

---

**Kathy VERSENDAAL, Appellant,**

v.

**Norman ROSE, D.O., Appellee.**

**No. 2–55999.**

Supreme Court of Iowa.

Feb. 20, 1974.

Raymond J. Gazzo and William J. Trout, Des Moines, for appellant.

Eugene Davis and David A. Scott, Des Moines, for appellee.

Submitted to MOORE, C. J., and RAWLINGS, REYNOLDSON, HARRIS, and McCORMICK, JJ.

PER CURIAM:

Plaintiff takes permissive interlocutory appeal from district court order setting aside default and attendant judgment against defendant.

In light of our apt holdings in Hannan v. Bowles Watch Band Company, 180 N.W.2d 221 (Iowa 1970), Hobbs v. Martin Marietta Co., 257 Iowa 124, 131 N.W.2d 772 (1964), and Edgar v. Armored Carrier Corporation, 256 Iowa 700, 128 N.W.2d 922 (1964), trial court's adjudication is correct.

Affirmed, see rule 348.1.